People v Campbell (2023 NY Slip Op 06716)

People v Campbell

2023 NY Slip Op 06716

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023

PRESENT: WHALEN, P.J., SMITH, LINDLEY, CURRAN, AND BANNISTER, JJ. (Filed Dec. 22, 2023.)

KA 23-00081.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
TERRY L. CAMPBELL, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion to dismiss appeal granted. Matter remitted to Steuben County Court to vacate judgment of conviction and dismiss indictment (see People v Matteson , 75 NY2d 745, 747 [1989]).